**Transferred case has been opened**
efile_information   to: InterdistrictTransfer_DED                                    07/01/2013 05:31 PM

CASE: 1:12-cv-00139

DETAILS: Case transferred from Delaware
has been opened in Southern District of California
as case 3:13-cv-01523, filed 07/01/2013.